*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD SYKES,
        Plaintiff,

vs.                                              5:07cv17/RS/MD

RUTH JENKINS, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to voluntarily dismiss his case, (doc. 21), received by the court six days after the court recommended dismissal of this action for plaintiff's failure to prosecute. (Doc. 20).

Accordingly, it is ORDERED:

The court's previous recommendation (doc. 20) is superseded by this recommendation.

And it is respectfully RECOMMENDED:

That plaintiff's motion to voluntarily dismiss (doc. 21) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 14th day of August, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).