IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD SYKES,

      Plaintiff,

vs.                                    CASE NO. 5:07cv17/RS

RUTH JENKINS, et al,

      Defendants.
_____/

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22) and Plaintiff's Motion to Dismiss (Doc. 21). Plaintiff has not otherwise filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion To Dismiss (Doc. 21) is **granted**. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on August 21, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**